COMMONWEALTH of Pennsylvania,
Petitioner

v.

Jeffrey S. CRUTTENDEN, Respondent.

Commonwealth of Pennsylvania,
Petitioner.

Stephen V. Lanier, Respondent.

Supreme Court of Pennsylvania.

June 16, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of June, 2011, the Petition for Allowance of Appeal i: GRANTED. The issue, as presented by Petitioner, is:

Does a police officer violate the Wiretap Act by pretending to be an accomplice and communicating directly with a suspect by text messaging?

Joseph PILCHESKY, Appellant

v.

Kenneth McDOWELL, Lackawanna
County Controller, Appellee.

Supreme Court of Pennsylvania.

June 20, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 20th day of June, 2011, the Order of the Lackawanna County Court of Common Pleas is **AFFIRMED.**